**98–1350.  Pingue Properties, Inc. v. Enz, Jones & LeGrand.**
Franklin App. No. 97APE11–1453.  Reported at 83 Ohio St.3d 1436, 699 N.E.2d 950.  On motion for reconsideration.  Motion denied.

*Thursday, November 5, 1998*

## MISCELLANEOUS DISMISSALS

**98–2267.  In re Objection to Order of Bd. of Commrs. on the Unauthorized Practice of Law.**
This case was opened upon the filing of an objection to an order of the Board of Commissioners on the Unauthorized Practice of Law.  Whereas movant Mark Szczepinski's objection does not contain proof of service as required by S.Ct.Prac.R. XIV(2),

IT IS ORDERED by the court, *sua sponte,* that movant's objection be, and hereby is, stricken, and this case be, and hereby is, dismissed.